No. 69386.—Taylor Friedsam Co., Inc. *v.* United States, protests 64/8678 and 64/8680 (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of nylon pile ribbons similar in use to silk pile ribbons and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiff was sustained.